IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LARRY D. REID, et al, :
      Plaintiffs, :
:
v. : Civil No. 1:23CV00705
:
LAVONTRAYE ANDREWS, :
      Defendant. :

## **ENTRY OF DEFAULT**

It appearing that the Complaint was filed in this case on August 18, 2023, that the summons and complaint were duly served upon Defendant Lavontraye Andrews on August 25, 2023; and that no answer or other pleading has been filed by said defendant as required by law.

Therefore, upon request of the plaintiffs (Doc. 7), default is hereby entered against Defendant Lavontraye Andrews as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

This the 25th day of September, 2023.

                                              JOHN S. BRUBAKER, Clerk

                                              /s/ Keah Marsh
                                              Operations Manager