IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LARRY D. REID and LARRY REID )
LIVE, LLC, )
                                      )
       Plaintiffs, )
                                      )
      v. )     1:23-cv-705
                                      )
LAVONTRAYE ANDREWS, )
                                      )
       Defendant. )

**DEFAULT JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that default judgment is hereby entered in favor of Plaintiffs, **Larry D. Reid and Larry Reid Live, LLC** and against Defendant, **Lavontraye Andrews**, in the amount of ten dollars ($10.00) plus interest at the legal rate until paid.

This the 27th day of September, 2024.

                                       /s/ William L. Osteen, Jr.
                                       United States District Judge