OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

23cv705

RECEIVED
In This Office
OCT 10 2024
CLERK U.S. DISTRICT COURT
1100 MC

INSPcT'D

GREENSBORO NC 270
30 SEPT 2024 PM 4 L

LAVONTRAYE ANDREWS
1700 ROSE HILL COURT
KERNERSVILLE, NC 27284

NIXIE   274   DE 1   0010/08/24
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 27401254401        *0180-01737-30-44

quadient
FIRST-CLASS MAIL
IMI
$000.97
09/27/2024 ZIP 27401
043M31242164
US POSTAGE